FILED
FEB - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. PRATAP SINGH RAWAT, Defendant.

Criminal Case No. 08CR328-BEN

I N F O R M A T I O N

Title 18, U.S.C., Sec. 1546(a)- Fraud and Misuse of Entry Document (Felony)

The United States Attorney charges:

On or about January 8, 2008, within the Southern District of California, defendant PRATAP SINGH RAWAT, when applying for entry into the United States, did knowingly and willfully utter, use and possess a document prescribed by statue or regulation for entry into the United States, to wit, a Permanent Resident Alien Card (I-551), bearing the name of Muhammad A. Kawarit, knowing it to be false, forged, altered, or otherwise unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

DATED: February 7, 2008.

KAREN P. HEWITT
United States Attorney

[signature]
for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:2/5/08