AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PRATAP SINGH RAWAT

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 328-BEN

I, PRATAP SINGH RAWAT, the above named defendant, who is accused of violating Title18, U. S. C., Sec. 1546(a) - Fraud and Misuse of Entry Document (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-7-08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

PRATAP SINGH RAWAT
Defendant

RICHARD B. RODRIGUEZ
Counsel for Defendant

Before
JUDICIAL OFFICER

JDM:lml:1/14/08